**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:   **Tatyana Johnson**                                                             CASE NO   **21-12924MDC7**

                                                                                                          CHAPTER   **7**

*AMENDED 12/8/2021*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

/s/ Michael A. Cibik, Esquire
*Michael A. Cibik, Esquire*
*23110*
*Cibik Law, P.C.*
*1500 Walnut Street, Suite 900*
*Philadelphia, PA 19102*
*(215) 735-1060*

```
Acima Digital LLC
5501 Headquarters Drive
Plano, TX  75024



Arcadia Recovery Bureau, LLC
P.O. Box 70256
Philadelphia, PA 19176



Atlantic Capital Bank
Attn: Bankruptcy
PO Box 550889
Atlanta, GA 30355


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


City of Philadelphia
Bankruptcy Unit
15th Floor
1515 Arch Street
Philadelphia, PA 19102

City of Philadelphia
Major Tax Unit/Bankruptcy Dept.
1401 JFK Blvd, Room 580
Philadelphia, PA 19102


City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101


Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034


Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193
```

```
Equifax
P.O. Box 740241
Atlanta, GA 30374


Experian
Profile Maintenance
P.O. Box 9558
Allen, Texas 75013


First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117


Ginnys/Swiss Colony Inc
Attn: Credit Department
PO Box 2825
Monroe, WI 53566


I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346


Monitor Data Corporation
P.O. Box 517
Glenside, PA 19038


NJ - EZ Pass
P.O. Box 4971
Trenton, NJ


OneMain Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731


PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946
```

```
Peco Energy
2301 Market Street # N 3-1
Legal Department
Philadelphia PA 19103-1338


Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106


Philadelphia Traffic Court
Hon. Gary Glazer
800 Spring Garden Street
Philadelphia, PA 19123


Portfolio Recovery Assoc. LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


Selfinc/lead
Attn: Bankruptcy
515 Congress Avenue #2200
Austin, TX 78701


Snap Finance
P.O. Box 26561
Salt Lake City, UT 84126



Telecom Self-reported
Po Box 4500
Allen, TX 75013



Trans Union Corporation
Public Records Department
555 West Adams Street
Chicago, IL 60661


Xfinity Cable
PO Box 70219
Philadelphia, PA 19176
```